1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  RICHARD J. CUTLER (CSBN 146180)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California  94102
       Telephone: (415) 436-6867
7      Email: richard.cutler@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )      Criminal No. CR 07-00004 CRB
                                       )
        Plaintiff,                     )
14                                     )
                                       )
15                                     )      **STIPULATION AND [~~PROPOSED~~]**
                                       )      **ORDER EXCLUDING TIME**
16      v.                             )
                                       )
17  **ULISES CASTELLANOS-CISNEROS,**   )
    **JERONIMO MADRIZ-REYNA,**         )
18                                     )
                                       )
19                                     )
                                       )
20      Defendants.                    )
                                       )
21  _____)

22        The above-captioned matter came before the Court on January 10, 2007, for a status

23  hearing.  Both defendants, Ulises Castellanos-Cisneros, and Jeronimo Madriz-Reyna were

24  present and were represented by their attorneys, Arturo Hernandez-M, Esq., and H. Ernesto

25  Castillo, Esq., respectively, and the government was represented by Richard J. Cutler, Assistant

26  United States Attorney.  Pursuant to a request from defendants for additional time to review the

27  discovery and to investigate the case, the Court set a status hearing  for February 14, 2007.  The

28  Court made a finding on the record that the time between January 10, 2007, and February 14,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 07-00004 CRB**

1   2007, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because

2   the ends of justice served by taking such action outweighed the best interest of the public and the

3   defendants in a speedy trial.  That finding was based on the Court's finding of the defendants'

4   needs to effectively investigate and prepare the matter, taking into account the exercise of due

5   diligence.  That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

6        The parties hereby agree to and request that the case be continued until February 14,

7   2007, at at 2:15 p.m. and that an exclusion of time until that date be granted.  The parties agree

8   and stipulate that the additional time is appropriate and necessary under Title 18, United States

9   Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh

10  the best interest of the public and the defendants in a speedy trial.

11

12  DATED:      1/10/07                              /S/ _____
                                        ARTURO HERNANDEZ-M
13                                      Counsel for DEFENDANT
                                        ULISES CASTELLANOS-CISNEROS
14

15  DATED:      1/10/07                              /S/ _____
                                        H. ERNESTO CASTILLO
16                                      Counsel for DEFENDANT
                                        JERONIMO MADRIZ-REYNA
17

18
    DATED:      1/10/07                              /S/ _____
19                                      RICHARD J. CUTLER
                                        Assistant United States Attorney
20

21  SO ORDERED.

22

23  DATED:   January 18, 2007

24                                      CHARLES R. BREYER
                                        UNITED STATES DISTRICT JUDGE
25

26                                      

27

28

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 07-00004 CRB**                   2