1
GARCIA, SCHNAYERSON & MOCKUS
2  ATTORNEYS AT LAW
   225 West Winton Avenue
3  Suite 208
   Hayward, California  94544
4  Telephone:  (510) 887-7445

5              UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,      )
                                  )   CASE NO.  CR 00004-CRB-2
8                  Plaintiff,     )
                                  )
9  vs.                            )
                                  )   SUBSTITUTION OF COUNSEL
10 JERONIMO MADRIZ-REYNA          )   AND (PROPOSED) ORDER
                                  )
11                 Defendant.     )
                                  )
12 _____)

13         Defendant herein, JERONIMO MADRIZ-REYNA,  hereby

   requests that the Federal Defender, previously appointed, be
14
   relieved and that Jesse J. Garcia, Esq., whom I have retained, be
15
   substituted in its place to represent me.
16
   DATED: 1/26/07      Jeronimo Madriz
17                     JERONIMO MADRIZ-REYNA

18
           I consent to the above substitution.
19
   DATED: 1/26/07      _____
20                     H. ERNESTO CASTILLO
                       Attorney at Law
21
           I consent to the above substitution.
22
   DATED:01/26/07
23
24                     JESSE J. GARCIA
                       Attorney at Law
25                     Bar Card 41825

26 IT IS SO ORDERED

27 Dated: Feb. 14, 2007  _____
                         CHARLES R. BREYER
28                       United States District Judge