SCOTT N. SCHOOLS  (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

RICHARD J. CUTLER (CSBN 146180)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6867
    Email: richard.cutler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-00004 CRB |
|         Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
|    v. ) | |
| ) | |
| **ULISES CASTELLANOS-CISNEROS,** ) | |
| **JERONIMO MADRIZ-REYNA,** ) | |
| ) | |
|         Defendants. ) | |

The above-captioned matter came before the Court on February 14, 2007, for a status hearing.  Both defendants, Ulises Castellanos-Cisneros, and Jeronimo Madriz-Reyna were present and were represented by their attorneys, Arturo Hernandez-M, Esq., and Jesse J. Garcia, Esq., respectively, and the government was represented by Richard J. Cutler, Assistant United States Attorney.  Mr. Garcia was making his first appearance for defendant Madriz-Reyna having substituted into the case as counsel.  Pursuant to a request from both defendants for time to prepare and file motions and to further investigate the case, as well as a separate request from

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 07-00004 CRB**

1 Mr. Garcia for time to familiarize himself with the case and then file motions, the Court set a the
2 date for hearing on motions for April 25, 2007 at 2:15 p.m.  The Court made a finding on the
3 record that the time between February 14, 2007, and April 25, 2007, should be excluded under
4 the Speedy Trial Act, 18 U.S.C. § 3161(h), because the ends of justice served by taking such
5 action outweighed the best interest of the public and the defendants in a speedy trial.  That
6 finding was based on the Court's finding of the defendants' needs to effectively investigate and
7 prepare the matter, taking into account the exercise of due diligence, as well as the need for
8 substitution of counsel and for preparation and filing, and then decision on pretrial motions.
9 That finding was made pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(iv).

10 The parties hereby agree to and request that the case be continued until April 25, 2007, at
11 2:15 p.m. for hearing on motions and that an exclusion of time until that date be granted.  The
12 parties agree and stipulate that the additional time is appropriate and necessary under Title 18,
13 United States Code, Section §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(iv), because the ends of
14 justice served by this continuance outweigh the best interest of the public and the defendants in a
15 speedy trial.

16 DATED: 2/14/07     /S/
17          ARTURO HERNANDEZ-M
         Counsel for DEFENDANT
18          ULISES CASTELLANOS-CISNEROS

19 DATED: 2/14/07     /S/
20          JESSIE J. GARCIA
         Counsel for DEFENDANT
21          JERONIMO MADRIZ-REYNA

22
23 DATED: 2/14/07     /S/
         RICHARD J. CUTLER
24          Assistant United States Attorney

25 SO ORDERED.
26
27 DATED: February 26, 2007
28          CHARLES R. BREYER
         UNITED STATES DISTRICT JUDGE

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 07-00004 CRB**   2

