SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-6982
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.:  CR 07-004 CRB |
| ) | |
| Plaintiff, ) | PARTIES' STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER CONTINUING |
| vs. ) | ~~THE SENTENCIN~~G DATE |
| ) | |
| ULISES CASTELLANOS-CISNEROS, ) | |
| JERONIMO MADRIZ-REYNA, ) | |
| ) | |
| DefendantS. ) | |
| _____) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1.   The parties last appeared before this Court on Wednesday, May 2, 2007 for status. At that time, defense counsel requested that the matter be continued until June 20, 2007 for further status or change of plea.

    2.   Counsel for defendant Castellanos represented that he was scheduled to begin a trial in a jurisdiction outside the state of California.  Both counsel stated, therefore, that they would require additional time to be effectively prepared for the next court proceeding in the case at bar.

    3.   The parties respectfully request that the matter be calendared for June 20, 2007 for status or change of plea at 2:15 p.m..

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB

1
2  SO STIPULATED.
3  DATED: May 9, 2007                    Respectfully Submitted,
4
5
                                          _/s/_____
6                                         SUSAN R. JERICH
                                          Assistant United States Attorney
7
   DATED:
8
                                          _/s/_____
9                                         ARTURO HERNANDEZ
                                          Counsel for Defendant Castellanos
10
                                          _/s/_____
11                                        JESSIE GARCIA
                                          Counsel for Defendant Madriz
12
13 PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
   DATED:   May 22, 2007                  _____
15                                        HON. CHARLES R. BREYER
                                          United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND PROPOSED ORDER
CR 07-004 CRB                              2

```
 1
 2   SO STIPULATED.
 3   DATED: May 9, 2007                    Respectfully Submitted,
 4
 5                                         /s/
 6                                         SUSAN R. JERICH
                                           Assistant United States Attorney
 7   DATED: 5/21/07
 8
 9                                         ARTURO HERNANDEZ
                                           Counsel for Defendant Castellanos
10
11                                         JESSIE GARCIA
                                           Counsel for Defendant Madriz
12
13   PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
     DATED:
15                                         HON. CHARLES R. BREYER
                                           United States District Court
16
```

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB                              2

1
2  SO STIPULATED.
3  DATED: May 9, 2007                    Respectfully Submitted,
4
5
6                                        /s/
                                         SUSAN R. JERICH
                                         Assistant United States Attorney
7
   DATED:
8
       5/11/07
9                                        ARTURO HERNANDEZ
                                         Counsel for Defendant Castellanos
10
11                                       JESSIE GARCIA
                                         Counsel for Defendant Madriz
12
13 PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
   DATED:
15                                       HON. CHARLES R. BREYER
                                         United States District Court
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB                            2