IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-4 CRB |
| Plaintiff, | and<br>No. C 10-01302 CRB |
| v. | **ORDER TO SHOW CAUSE** |
| JERONIMO MADRIZ-REYNA, | |
| Defendant. | |

Defendant has filed a motion for relief from judgment of this Court pursuant to 28 U.S.C. § 2255. He argues that the judgment and sentence imposed on him are in violation of his rights under the Fifth and Sixth Amendments.

Good cause appearing, the Government is hereby ordered to file an opposition to Defendant's motion within 60 days of this order.

**IT IS SO ORDERED.**

Dated: April 25, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\0004cr\OSC 2255.wpd